

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00534-CV

| | | |
|---|---|---|
| MARIAH PACHECO AND SHELLY YOUNG, Appellants | § | On Appeal from County Court at Law |
| | § | No. 1 |
| V. | § | of Tarrant County (2024-007623-1) |
| | § | April 24, 2025 |
| EMILIO GARCIA AND PATRICIA MENDOZA, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellants Mariah Pacheco and Shelly Young shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /a/ Brian Walker
Justice Brian Walker